UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>         Plaintiff,<br><br>    v.<br><br>HANSON PIPE & PRECAST LLC<br><br>         Defendant. | Case No. 2:14-CV-02340 GEB-CKD<br><br>**[PROPOSED] ORDER GRANTING STIPULATED DISMISSAL OF PLAINTIFF'S CLAIMS WITH PREJUDICE [FRCP 41(a)(2)]** |

1406579.1

1    Good cause appearing, and based on the stipulation of the parties,

2    IT IS HEREBY ORDERED that Plaintiff California Sportfishing Protection Alliance's
3    claims against Defendant Hanson Pipe & Precast, as set forth in the Notice and Complaint filed in
4    Case No. 2:14-cv-02340-GEB-CKD, are hereby dismissed with prejudice.

5    IT IS FURTHER ORDERED that the Court shall retain jurisdiction over the parties
6    through October 1, 2015, as set forth in Paragraph 12 of the Settlement Agreement and as
7    qualified by Paragraph 6 of the Settlement Agreement, for the sole purpose of enforcing
8    compliance by the parties with this Order, including the terms of the Settlement Agreement
9    attached to the parties' Stipulation to Dismiss With Prejudice as Exhibit A, which Settlement
10   Agreement is hereby incorporated by reference.

11   IT IS SO ORDERED

12   Dated:  April 24, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge